IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUN 18 PM 12:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                                                                                              No. C-07-03192 RMW
NOTICE OF FILING OF BANKRUPTCY
Plaintiff,                        APPEAL AND ORDER SETTING STATUS
CONFERENCE

v.

RE CONNECTIX CORPORATION,

        Defendant.

RE:

Bankruptcy Case: 05-55648 MM
Adversary No.:
BAP No.: NC-07-1200
Appellant:

The appeal has been assigned the following case number C-07-03192 RMW before the Honorable Ronald M. Whyte.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 9/28/2007 in Courtroom 6, 4th Floor, SJ.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jun 18, 2007

                                            For the Court
                                            Richard W. Wieking, Clerk

                                              MARY ANN BUCKLEY

By: Deputy Clerk

cc: USBC
    Counsel of Record