REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:    (415) 989-4100
Fax:              (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee in In re Connectix Corporation, Case No. 05-55648 MM, CAROL W. WU

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

EOP - Peninsula Office Park, LLC,
        Plaintiff,

v.

Connectix Corp., et al.,
        Defendants.

Case No. C 07-03192 RMW

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Carol W. Wu, the Chapter 7 Trustee of the bankruptcy estate of Connectix Corporation, Case No. 05-55648 MM, requests that she receive notice in all matters pertaining to the above captioned bankruptcy case of EOP-Peninsula Office Park, LLC v. Connectix Corp, et al., at the address shown below:

    Reidun Strømsheim
    Strømsheim & Associates
    201 California Street, Suite 350
    San Francisco, CA  94111
    Telephone: (415) 989-4100
    Facsimile: (415) 989-2235
    Email: rstromsheim@stromsheim.com

DATED:    July 9, 2007

                                STRØMSHEIM & ASSOCIATES


                                 /s/   Reidun Stromsheim
                              REIDUN STROMSHEIM
                              Attorneys for Trustee, CAROL W. WU