MICHAEL S. GREGER (BAR NO. 156525)
A. KENNETH HENNESAY, JR. (BAR NO. 187531)
JAMES A. TIMKO (BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: mgreger@allenmatkins.com
        khennesay@allenmatkins.com
        jtimko@allenmatkins.com

Attorneys for Appellant
EOP-Peninsula Office Park, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CONNECTIX CORPORATION,<br><br>        Debtor.<br><br>EOP-PENINSULA OFFICE PARK, L.L.C.,<br><br>        Appellant,<br><br>    vs.<br><br>CONNECTIX CORPORATION, et al.,<br><br>        Appellees. | Case No. C-07-03192 RMW<br><br>Chapter 7<br><br>USBC Case No. 05-55648-MM7<br><br>**STIPULATION TO SUPPLEMENT DESIGNATION OF RECORD AND RECORD ON APPEAL**<br><br>Appeal Filed:  May 17, 2007 |

1  This Stipulation to Supplement Designation of Record and Record on Appeal (the
2  "Stipulation") is entered into by and between Appellant EOP-Peninsula Office Park, L.L.C.
3  ("Appellant"), Debtor Connectix Corporation (the "Debtor") and Carol Wu, chapter 7 trustee for
4  the Debtor's bankruptcy estate (the "Trustee"), by and through their counsel of record, with regard
5  to the following:

## RECITALS

7  A.  Federal Rule of Appellate Procedure Rule 10(e) authorizes the parties to stipulate
8  to amend the record on appeal to include any material omitted from the record on appeal "by error
9  or accident."[1]

10  B.  The record before the Bankruptcy Court below included the schedules and
11  statement of financial affairs filed by the Debtor.

12  C.  Appellant inadvertently failed to include the Debtor's schedules and statement of
13  financial affairs in its Designation of Record on Appeal filed on May 29, 2007 (the "Designation
14  of Record").

## STIPULATION

16  WHEREFORE, Appellant, the Debtor and the Trustee, by and through their counsel of
17  record, hereby agree and stipulate to the following:

18  //
19  //
20  //
21  //
22  //
23  //

---

[1] Both the Federal Bankruptcy Rules and the Local Rules of this Court are silent concerning the procedure for modifying the record on appeal. In the absence of any express procedure to address a particular matter on a bankruptcy appeal, Local District Court Rule 16-4 provides that this court may adopt, among other rules, the Federal Rules of Appellate Procedure or the Rules of the United States Bankruptcy Appellate Panel. Appellant respectfully requests that the Court adopt Fed. R. App. P. Rule 10(e) for purposes of amending the appellate record.

1.  The Designation of Record is hereby amended to add the following documents[2]:

| DOCKET NUMBER | DATE FILED | DOCUMENT |
|---|---|---|
| 14 | 09/27/2005 | SUMMARY OF SCHEDULES |
| 15 | 09/27/2005 | SCHEDULES A-J |
| 16 | 09/27/2005 | STATEMENT OF FINANCIAL AFFAIRS |

2.  This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but also which together shall constitute one and the same instrument. Signatures transmitted by fax or e-mail will be treated as original signatures.

**AGREED TO AND ACCEPTED BY:**

Dated: October 17, 2008                    Respectfully submitted

                                              ALLEN MATKINS LECK GAMBLE
                                                MALLORY & NATSIS LLP

                                           By: */S/ MICHAEL S. GREGER*
                                                  MICHAEL S. GREGER
                                                  Attorneys for Appellant
                                                  EOP-Peninsula Office Park, L.L.C.

[SIGNATURES CONTINUED]

---

[2] The documents are attached hereto as Exhibits "1," "2," and "3," respectively, and shall be part of the record on appeal.

| | | |
|---|---|---|
| 1 | Dated: October ___, 2008 | STROMSHEIM & ASSOCIATES<br>a Professional Corporation |
| 2 | | |
| 3 | | By: *SEE ATTACHED EXHIBIT "4"* |
| 4 | | LINDA SORENSEN<br>Attorneys for Appellee/Chapter 7 Trustee<br>Carol Wu |
| 5 | | |
| 6 | Dated: October ___, 2008 | LAW OFFICES OF JAMES A. TIEMSTRA |
| 7 | | |
| | | By: *SEE ATTACHED EXHIBIT "5"* |
| 8 | | JAMES A. TIEMSTRA<br>Attorneys for Appellee/Debtor<br>Connectix Corporation |
| 9 | | |

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA ) 
                                              ) ss.: 
COUNTY OF ORANGE          )

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

     On October 17, 2007, I served on interested parties in said action the within:

**STIPULATION TO SUPPLEMENT DESIGNATION OF RECORD AND RECORD ON APPEAL**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached mailing list and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

     I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

     Executed on October 17, 2007, at Irvine, California.

| Kim Rodriguez | */S/ KIM RODRIGUEZ* |
|---|---|
| (Type or print name) | (Signature) |
LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

825794.01/OC

<u>In re Connectix Corporation</u>
USBC Case No. 05-55648-MM7
<u>EOP-Peninsula Office Park, L.L.C. vs. Connectix Corp.</u>
USDC Case No. C-07-03192 RMW

## MAILING LIST

**Appellee/Debtor's Counsel**

James A. Tiemstra, Esq.
Law Offices of James A. Tiemstra
409 Thirteenth Street, 15th Floor
Oakland, CA  94612-2605

**Appellee/Chapter 7 Trustee**

Carol Wu, Esq.
25A Crescent Drive #413
Pleasant Hill, CA  94523

**Chapter 7 Trustee's Counsel**

Reidun Stromsheim, Esq.
Linda Sorensen, Esq.
Stromsheim and Associates
353 Sacramento Street, Suite 860
San Francisco, CA  94111

**Insiders' Counsel**

Jess B. Millikan, Esq.
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA  94108

Richard G. Birinyi, Esq.
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

825794.01/OC