# EXHIBIT "1"

## Stipulation to Supplement Designation of Record and Record on Appeal

FORM B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT
__Northern__ District of __California__

In re __Connectix Corporation__,   Case No. __05-55648 MM 7__
      Debtor                              (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 558,553.36 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | $ 45,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 152,826.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| Total Number of Sheets of ALL Schedules ➤ | | 18 | | | |
| Total Assets ➤ | | | $ 558,533.36 | | |
| Total Liabilities ➤ | | | | $ 197,826.44 | |

Exhibit 1-0005