# EXHIBIT "2"

## Stipulation to Supplement Designation of Record and Record on Appeal

Form 6A

| In re | Connectix Corporation | | Case Number: | |
|---|---|---|---|---|
| | | Debtor. | 05-55648 MM 7 | (If Known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total | $ 0.00 | |

(Report also on Summary of Schedules.)

Exhibit 2-0006

Form 6B

| In re | Connectix Corporation | | Case Number: | |
|---|---|---|---|---|
| | | Debtor. | 05-55648 MM 7 | (If Known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account and Money Market<br>Mid Peninsula Bank<br>100 S. Ellsworth<br>San Mateo, CA 94401 | | $555,912.66 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit - Bayside Business Plaza<br>2680 Bayshore Parkway, Mountain View, CA 94043 | | $500.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Exhibit 2-0007

Form 6B - Continued

| In re | Connectix Corporation | Case Number: |
|---|---|---|
| | Debtor. | 05-55648 MM 7   (If Known) |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. | Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. | Accounts receivable. | X | | | |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. (Form 6A.) | X | | | |
| 19. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Settlement of class action due by October 30, 2005 AOM Settlement Administrator 2807 Allen St., PMB #805 Dallas, TX 75204-4094 | | $390.70 |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | | Copyrights in computer software: RAM Doubler, Speed Doubler & DoubleTalk | | $0.00 |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Exhibit 2-0008

Form 6B - Continued

| In re | Connectix Corporation | | Case Number: | |
|---|---|---|---|---|
| | | Debtor. | 05-55648 MM 7 | (If Known) |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 23. | Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. | Boats, motors, and accessories. | X | | | |
| 25. | Aircraft and accessories. | X | | | |
| 26. | Office equipment, furnishings, and supplies. | | Office equip./Furnishings: Bayside Business Plaza, 2680 Bayshore Pkwy #210, Mt. View, CA 94043 | | $250.00 |
| 27. | Machinery, fixtures, equipment and supplies used in business. | | Photocopiers/printers/electr:: Unit 2310, Security Public Storage, 110 E 25th Av San Mateo CA 94403 | | $1,500.00 |
| 28. | Inventory. | X | | | |
| 29. | Animals. | X | | | |
| 30. | Crops - growing or harvested. Give particulars. | X | | | |
| 31. | Farming equipment and implements. | X | | | |
| 32. | Farm supplies, chemicals, and feed. | X | | | |
| 33. | Other personal property of any kind not already listed. Itemize. | X | | | |

☐ continuation sheets attached

$ 558,553.36

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

Exhibit 2-0009

Form 6C

| In re | Connectix Corporation | | Case Number: |
|---|---|---|---|
| | | Debtor. | 05-55648 MM 7  (If Known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. § 522(b)(1) Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| NONE | | | |

Exhibit 2-0010

Form 6D

| In re | Connectix Corporation | | Case Number: | |
|---|---|---|---|---|
| | | Debtor. | 05-55648 MM 7 | (If Known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deed of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| | | | Subtotal (Total of this page) | | | | $ 0.00 | |
| ☐ Continuation sheets attached | | | Total (Use only last page) | | | | $ 0.00 | |
| | | | (Report total also on Summary of Schedules) | | | | | |

Exhibit 2-0011

Form B6E
(04/04)

In re  Connectix Corporation
              Debtor

Case No. 05-55648 MM 7
                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Exhibit 2-0012

Form B6E
(04/04)

In re  Connectix Corporation                              ,     Case No. 05-55648 MM 7
           Debtor              (if known)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ continuation sheets attached

Exhibit 2-0013

Form B6E - Cont.
(04/04)

In re **Connectix Corporation**, Debtor

Case No. **05-55648 MM 7** (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Franchise Tax Board<br>State of California<br>Special Procedures, P.O. Box 2952<br>Sacramento, CA 95812-2952 | | | Estimated state income taxes due for 2005 | | X | | $45,000.00 | $45,000.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶ (Total of this page)  $ 45,000.00
Total ▶ (Use only on last page of the completed Schedule E.) (Report total also on Summary of Schedules)  $ 45,000.00

Exhibit 2-0014

Form 6F

| In re Connectix Corporation, Debtor. | Case Number: 05-55648 MM 7 (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. P200604600<br>Allied Interstate<br>3000 Corporate Exchange Dr., 5th Fl.<br>Columbus, OH 43231 | | | Incurred 1994.<br>Unknown original creditor; not incurred by Connectix Corporation | | | X | 1,152.79 |
| ACCOUNT NO.<br>Douglas Begle<br>3182 Campus Drive<br>San Mateo, CA 94403 | | | Uncleared check SH Distribution:<br>#423245 dated 3/13/2003: $5.00<br>#424138 dated 8/19/2003: $2.80<br>#424410 dated 3/3/2004: $1.40<br>#424615 dated 6/10/2004: $1.22 | | | | 10.42 |
| ACCOUNT NO. NV76817<br>Credit Solutions<br>P.O. Box 2121<br>Metairie, LA 70004-2121 | | | Unknown<br>Merchant account balance | | | X | 100.00 |
| ACCOUNT NO. 80925<br>DataSafe<br>P.O. Box 7794<br>San Francisco, CA 94120 | | | 9/30/2003 - present.<br>Estimated amount for storage of boxes of corporate records. | | X | | 2,000.00 |
| | | | | | Subtotal | | $ 3,263.21 |
| | | | | | Total | | $ |

X continuation sheets attached

(Report total also on Summary of Schedules)

Exhibit 2-0015

Form 6F - Continued

| In re Connectix Corporation | Debtor. | Case Number: 05-55648 MM 7 (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nicholas Diermann<br>2002 NE 13th Ave.<br>Portland, OR 97212-4312 | | | Uncleared checks SH Distribution:<br>#424154 dated 8/19/2003: $28.00<br>#424425 dated 3/3/2004: $14.00<br>#424591 dated 6/10/2004: $12.23<br>[Diermann is deceased.] | | | | 54.23 |
| ACCOUNT NO.<br>Division of Occupational Safety and Health<br>1515 Clay St., Ste. 1901<br>Oakland, CA 94612 | | | Uncleared check #424464 dated 3/31/2004 (possible duplicate payment) | | | | 2,500.00 |
| ACCOUNT NO. 00440903<br>Equity Office Properties<br>950 Tower Lane, Suite 950<br>Foster City, CA 94404 | | | Estimated damages for future rent | | | X | 136,949.00 |
| ACCOUNT NO.<br>Scott Goldberg<br>15642 Mews Court<br>Laurel, MD 20707 | | | Uncleared check vendor payment #422841 dated 1/29/2003 | | | | 149.00 |
| ACCOUNT NO.<br>Diane Hathcoat<br>5346 Alan Ave.<br>San Jose, CA 95124 | | | Uncleared checks SH Distribution:<br>#423244 dated 3/13/2003: $5.00<br>#424137 dated 8/19/2003: $2.80<br>#424409 dated 3/3/2004: $1.40<br>#424595 dated 6/10/2004: $1.22 | | | | 10.42 |

Subtotal  $ 139,662.65

Sheet no. 1 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Total of this page)
Total  $
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

Exhibit 2-0016

Form 6F - Continued

| In re | Connectix Corporation | Case Number: |
|---|---|---|
| | Debtor. | 05-55648 MM 7 (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ingram Micro Europe<br>Luchthavenlaan 25a<br>1800 Vilvoorde Belgium | | | Uncleared check vendor payment:<br>#423975 dated 7/23/2003 | | | | 2,000.00 |
| ACCOUNT NO.<br><br>Ingram Micro UK<br>Garamonde Drive Wymbush<br>Milton Keynes Bucks MK8 8DF UK | | | Uncleared check vendor payment:<br>#423976 dated 7/23/2003 | | | | 2,228.00 |
| ACCOUNT NO.<br><br>Michael Loftus<br>629 View Ridge Dr.<br>Pacifica, CA 94044 | | | Uncleared checks SH Distribution:<br>#424608 dated 6/10/2004: $24.46<br>#424613 dated 6/10/2004: $1,222.81 | | | | 1,247.27 |
| ACCOUNT NO.<br><br>Microwarehouse Ireland<br>Unit 25, Western Pkwy. Bus Ctr.<br>Ballymont Rd.<br>Dublin 12, Ireland | | | Uncleared check vendor payment:<br>#423982 dated 7/23/2003 | | | | 1,544.00 |
| ACCOUNT NO. 770115<br><br>Network US<br>P.O. Box 44<br>Naperville, IL 60566-0044 | | | 7/1/2005 - present<br>Phone service | | | X | 30.36 |

Sheet no. 2 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $ 7,049.63
(Total of this page)

Total $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Exhibit 2-0017

Form 6F - Continued

In re  Connectix Corporation
                                                    Debtor.

Case Number: 05-55648 MM 7  (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Press Index France<br>7 Rue de Sevres, 92774<br>Boulogne Billancourt, France | | | Uncleared check vendor payment: #424225 dated 9/19/2003 | | | | 404.65 |
| ACCOUNT NO.<br>Christine Rosenfeld<br>37 12th Ave,<br>San Mateo, CA 94402 | | | Uncleared check SH Distribution: #424590 dated 6/10/2004 | | | | 122.28 |
| ACCOUNT NO.<br>William Sleeper<br>2222 Michael<br>W. Linn, OR 97068 | | | Uncleared check SH Distribution: #4244596 dated 6/10/2004 | | | | 1.22 |
| ACCOUNT NO.<br>Tech Data France<br>Parc d'activites Gustave Eiffel, 5, Avenue de l'Europe<br>Bussy Saint Georges<br>77611 Marne-la-Vallee Cedex, France | | | Uncleared check vendor payment: #424002 dated 7/3/2003 | | | | 1,771.00 |
| ACCOUNT NO.<br>Time Warner Telecom<br>P.O. Box 172567<br>Denver, CO 80217-2567 | | | Uncleared check telecom services: #424363 dated 12/29/2002 | | | | 230.18 |

Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 2,529.33

Total (Use only on last page of the completed Schedule F) $

(Report total also on Summary of Schedules)

Exhibit 2-0018

Form 6F - Continued

| In re | Connectix Corporation | Debtor. | Case Number: 05-55648 MM 7 | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nathan Turajski<br>1201 Geraldine Way #7<br>Belmont, CA 94002 | | | Uncleared checks SH Distribution:<br>#424424 dated 3/3/2004: $1.40<br>#424597 dated 6/10/2004: $1.22 | | | | 2.62 |
| ACCOUNT NO.<br>Kathleen Westergaard<br>488 La Mesa Ave.<br>Encinitas, CA 92024 | | | Uncleared check SH Distribution:<br>#424418 dated 3/3/2004 | | | | 70.00 |
| ACCOUNT NO.<br>White Brothers Performa<br>Attn: Brad Kartstens<br>2485 Corbit Place Yorba Linda, CA 92887 | | | Uncleared check vendor payment:<br>#424043 dated 8/6/2003 | | | | 249.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | Subtotal | $ 321.62 |
| Sheet no. 4 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | (Total of this page)<br>Total<br>(Use only on last page of the completed Schedule F) | | | | $ 152,826.44 |

(Report total also on Summary of Schedules)

Exhibit 2-0019

Form 6G

| In re | Connectix Corporation | Case Number: |
|---|---|---|
| | Debtor. | 05-55648 MM 7  (If Known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Bayside Business Plaza<br>2680 Bayshore Parkway<br>Mountain View, CA 94043 | Office lease 250 sq. ft.<br>Commercial real property lease<br>Month-to-month |
| Security Public Storage<br>110 East 25th Ave.<br>San Mateo, CA 94403-2351 | Rental agreement<br>10 x 20 storage unit |

Exhibit 2—0020

Form 6H

| In re | Case Number: |
|---|---|
| Connectix Corporation                                       Debtor. | 05-55648 MM 7    (If Known) |

# SCHEDULE H - CODEBTORS

Provide the information required concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

[x] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Exhibit 2-0021

Form 6I

| In re | | Case Number: | |
|---|---|---|---|
| Connectix Corporation | Debtor. | 05-55648 MM 7 | (If Known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## [NOT APPLICABLE]

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENT'S OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES NOT APPLICABLE | AGE | RELATIONSHIP |

| | EMPLOYMENT: | |
|---|---|---|
| | DEBTOR | SPOUSE |
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | $ |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| Less Payroll Deductions | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| Social security or other government assistance (Specify) _____ | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income | $ | $ |
| (Specify) _____ | $ | $ |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 0.00 |

(Report also on Summary of Schedules)

TOTAL COMBINED MONTHLY INCOME $ _____

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

Exhibit 2-0022

Form 6J

| In re | Connectix Corporation | Case Number: |
|---|---|---|
| | Debtor. | 05-55648 MM 7  (If Known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## [NOT APPLICABLE]

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

Rent or home mortgage payment (include lot rented for mobile home) $\_\_\_\_\_

Are real estate taxes included?   Yes\_\_\_\_   No\_\_\_\_
Is property insurance included   Yes\_\_\_\_   No\_\_\_\_
Utilities Electricity and heating fuel
  Water and sewer  $\_\_\_\_\_
  Telephone  $\_\_\_\_\_
  Other_____  $\_\_\_\_\_
Home Maintenance (Repairs and Upkeep)  $\_\_\_\_\_
Food  $\_\_\_\_\_
Clothing  $\_\_\_\_\_
Laundry and dry cleaning  $\_\_\_\_\_
Medical and dental expenses  $\_\_\_\_\_
Transportation (not including car payments)  $\_\_\_\_\_
Recreation, clubs and entertainment, newspapers, magazines, etc.  $\_\_\_\_\_
Charitable contributions  $\_\_\_\_\_
Insurance (not deducted from wages or included in home mortgage payments)  $\_\_\_\_\_
  Homeowner's or renter's  $\_\_\_\_\_
  Life  $\_\_\_\_\_
  Health  $\_\_\_\_\_
  Auto  $\_\_\_\_\_
  Other_____  $\_\_\_\_\_
Taxes (not deducted from wages or included in home mortgage payments)  $\_\_\_\_\_
(Specify)_____  $\_\_\_\_\_
Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan)  $\_\_\_\_\_
  Auto  $\_\_\_\_\_
  Other_____  $\_\_\_\_\_
  Other_____  $\_\_\_\_\_
Alimony, maintenance, and support paid to others  $\_\_\_\_\_
Payments for support of additional dependents not living at your home  $\_\_\_\_\_
Regular expenses from operation of business, profession, or farm (attach detailed statement)  $\_\_\_\_\_
Other_____  $\_\_\_\_\_

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)  $\_\_\_\_\_

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
A. Total projected monthly income  $\_\_\_\_\_
B. Total projected monthly expenses  $\_\_\_\_\_
C. Excess income (A minus B)  $\_\_\_\_\_
D. Total amount to be paid into plan each _____  $\_\_\_\_\_
                                                (interval)

Exhibit 2-0023

Official Form 6-Cont.
(12/03)

In re CONNECTIX CORPORATION                                    Case No. 05-55648 MM-7
                    Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____          Signature: _____
                                                         Debtor

Date _____          Signature: _____
                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                                         (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
  Signature of Bankruptcy Petition Preparer        Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Roy K. McDonald [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the corporation [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 19 sheets, and that they are true and correct to the best of my knowledge, information, and belief. (Total shown on summary page plus 1.)

Date September 27, 2005          Signature: _____
                                             ROY K. McDONALD
                                             [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.] President/Chief Executive Officer

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6L

Exhibit 2-0024