# EXHIBIT "4"

## Stipulation to Supplement Designation of Record and Record on Appeal

| | |
|---|---|
| 1  Dated: October 9, 2008 | STROMSHEIM & ASSOCIATES<br>a Professional Corporation |
| 2 | |
| 3 | By: _____<br>LINDA SORENSEN |
| 4 | Attorneys for Appellee/Chapter 7 Trustee<br>Carol Wu |
| 5 | |
| 6  Dated: October ___, 2008 | LAW OFFICES OF JAMES A. TIEMSTRA |
| 7 | |
| 8 | By: _____<br>JAMES A. TIEMSTRA |
| 9 | Attorneys for Appellee/Debtor<br>Connectix Corporation |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

825794.01/OC

Exhibit 4-0039