# EXHIBIT "5"

## Stipulation to Supplement Designation of Record and Record on Appeal

| | | |
|---|---|---|
| 1 | Dated: October ___, 2008 | STROMSHEIM & ASSOCIATES<br>a Professional Corporation |
| 2 | | |
| 3 | | By: _____ |
| 4 | | LINDA SORENSEN<br>Attorneys for Appellee/Chapter 7 Trustee<br>Carol Wu |
| 5 | | |
| 6 | Dated: October 15, 2008 | LAW OFFICES OF JAMES A. TIEMSTRA |
| 7 | | |
| 8 | | By: _/s/ James A. Tiemstra_____<br>JAMES A. TIEMSTRA<br>Attorneys for Appellee/Debtor<br>Connectix Corporation |
| 9 | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

825794.01/OC

Exhibit 5-0040