MICHAEL S. GREGER (BAR NO. 156525)
A. KENNETH HENNESAY, JR. (BAR NO. 187531)
JAMES A. TIMKO (BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: mgreger@allenmatkins.com
        khennesay@allenmatkins.com
        jtimko@allenmatkins.com

Attorneys for Appellant
EOP-Peninsula Office Park, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. C-07-03192 RMW |
| CONNECTIX CORPORATION, | Chapter 7 |
| Debtor. | USBC Case No. 05-55648-MM7 |
| EOP-PENINSULA OFFICE PARK, L.L.C., Appellant, vs. CONNECTIX CORPORATION, et al., Appellees. | ***AMENDED*** **PROOF OF SERVICE RE STIPULATION TO SUPPLEMENT DESIGNATION OF RECORD AND RECORD ON APPEAL**<br><br>Appeal Filed: May 17, 2007 |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

827404.01/OC

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                                                  )   ss.:
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

*Pursuant to inadvertent use of a prior address for the Trustee's counsel*, on October 25, 2007, I served on interested parties in said action the following:

   1. **STIPULATION TO SUPPLEMENT DESIGNATION OF RECORD AND RECORD ON APPEAL; AND**

   2. **AMENDED PROOF OF SERVICE RE STIPULATION TO SUPPLEMENT DESIGNATION OF RECORD AND RECORD ON APPEAL**

by placing a true copy thereof in sealed envelope(s) addressed as follows and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

**Chapter 7 Trustee's Counsel**
Reidun Stromsheim, Esq.
Linda Sorensen, Esq.
Stromsheim and Associates
201 California Street, Suite 350
San Francisco, CA  94111

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on October 25, 2007, at Irvine, California.

|  Kim Rodriguez  |  */S/ KIMRODRIGUEZ*  |
| --- | --- |
| (Type or print name) | (Signature) |