MICHAEL S. GREGER (BAR NO. 156525)
A. KENNETH HENNESAY, JR. (BAR NO. 187531)
JAMES A. TIMKO (BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: mgreger@allenmatkins.com
        khennesay@allenmatkins.com
        jtimko@allenmatkins.com

Attorneys for Appellant
EOP-Peninsula Office Park, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CONNECTIX CORPORATION,<br><br>Debtor.<br><br>EOP-PENINSULA OFFICE PARK, L.L.C.,<br><br>Appellant,<br><br>vs.<br><br>CONNECTIX CORPORATION, et al.,<br><br>Appellees. | Case No. C-07-03192 RMW<br><br>Chapter 7<br><br>USBC Case No. 05-55648-MM7<br><br>**APPELLANT'S EXCERPTS OF RECORD ON APPEAL**<br><br>Appeal Filed: May 17, 2007 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

827121.01/OC

Appellant EOP-Peninsula Office Park, L.L.C. ("Appellant"), hereby submits its excerpts of record on appeal as follows:

## APPELLANT'S DESIGNATION:

| TAB NO. | DATE FILED | USBC DOCKET NUMBER | PAGE NOS. | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| 1 | 03/03/2006 | 79 | 0001 – 0008 | OBJECTION TO CLAIM 66 (EOP-PENINSULA OFFICE PARK LLC) FILED BY TRUSTEE CAROL WU |
| 2 | 03/03/2006 | 80 | 0009 – 0010 | NOTICE AND OPPORTUNITY FOR HEARING RE OBJECTION TO CLAIM 66 (EOP-PENINSULA OFFICE PARK LLC) FILED BY TRUSTEE CAROL WU |
| 3 | 03/03/2006 | 81 | 0011 – 0012 | CERTIFICATE OF SERVICE OBJECTION TO CLAIM 66, NOTICE OF OPPORTUNITY FOR HEARING #80 |
| 4 | 03/23/2006 | 91 | 0013 – 0015 | REQUEST FOR HEARING REGARDING TRUSTEE'S OBJECTION TO CLAIM FILED BY CREDITOR EOP-PENINSULA OFFICE PARK, LLC |
| 5 | 03/23/2006 | 92 | 0016 – 0024 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM 66 (EOP-PENINSULA OFFICE PARK, LLC) INCLUDING PROOF OF SERVICE FILED BY CREDITOR EOP-PENINSULA OFFICE PARK, LLC |
| 6 | 11/28/2006 | 124 | 0025 | NOTICE OF HEARING ON OBJECTION TO CLAIM 66 (EOP-PENINSULA OFFICE PARK, LLC) FILED BY TRUSTEE CAROL WU |

| TAB NO. | DATE FILED | USBC DOCKET NUMBER | PAGE NOS. | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| 7 | 12/01/2006 | 125 | 0026 – 0044 | SUPPLEMENTAL BRIEF/MEMORANDUM IN OPPOSITION TO OBJECTION TO CLAIM FILED BY CREDITOR EOP-PENINSULA OFFICE PARK, LLC |
| 8 | 12/01/2006 | 126 | 0045 – 0062 | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF OBJECTION TO CLAIM FILED BY TRUSTEE CAROL WU |
| 9 | 12/04/2006 | 127 | 0063 – 0067 | MEMORANDUM IN SUPPORT OF TRUSTEE'S OBJECTION TO CLAIM FILED BY WITNESSES BONNIE FOUGHT, JONATHAN F. GARBER, ROY K. MCDONALD |
| 10 | 12/05/2006 | 128 | 0068 – 0073 | BRIEF/MEMORANDUM IN OPPOSITION TO (RE-FILED/PREVIOUSLY MISSING PAGE 5) MEMORANDUM IN SUPPORT OF TRUSTEE'S OBJECTION TO CLAIM FILED BY WITNESSES BONNIE FOUGHT, JONATHAN F. GARBER, ROY K. MCDONALD |
| 11 | 12/07/2006 | 129 | 0074 – 0076 | JOINDER IN TRUSTEE'S OBJECTION TO CLAIM FILED BY DEBTOR CONNECTIX CORPORATION |
| 12 | 12/08/2006 | 130 | 0077 – 0078 | HEARING HELD RE OBJECTION TO CLAIM 66 (EOP-PENINSULA OFFICE PARK, LLC) FILED BY TRUSTEE CAROL WU |
| 13 | 05/10/2007 | 144 | 0079 – 0090 | OPINION AND ORDER RE OBJECTION TO CLAIM |
| 14 | 05/17/2007 | 146 | 0091 – 0107 | NOTICE OF APPEAL TO BAP RE OPINION AND ORDER ON OBJECTION TO CLAIM FILED BY CREDITOR EOP-PENINSULA OFFICE PARK, LLC |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

827121.01/OC

| TAB NO. | DATE FILED | USBC DOCKET NUMBER | PAGE NOS. | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| 15 | 05/21/2007 | 148 | 0108 – 0110 | NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLANT PANEL |
| 16 | 05/21/2007 | 150 | 0111 | TRANSMISSION OF NOTICE OF APPEAL TO BAP |
| 17 | 06/06/2007 | 157 | 0112 – 0141 | TRANSCRIPT, DATE OF HEARING: DECEMBER 8, 2006 RE TRUSTEE'S OBJECTION TO CLAIM |
| 18 | 12/29/2005 | CLAIMS REGISTER DOCKET 3 | 0142 – 0242 | CLAIM NO. 3 FILED BY EOP-PENINSULA OFFICE PARK, L.L.C. - NORTHERN DISTRICT OF CALIFORNIA CLAIMS REGISTER FOR CONNECTIX CORPORATION, CASE NO. 05-55648 |

## APPELLEE'S DESIGNATION:

| TAB NO. | DATE FILED | DOCKET NUMBER | PAGE NOS. | DOCUMENT |
|---|---|---|---|---|
| 19 | 03/23/2006 | 94 | 0243 – 0250 | NOTICE OF APPEAL RE ORDER DENYING MOTION (A) TO DISMISS OR (B) FOR ABANDONMENT AND LIMITED RELIEF FROM STAY |
| 20 | 04/21/2006 | 104 | 0251 – 0254 | APPELLEE'S STATEMENT OF ELECTION TO TRANSFER APPEAL TO THE DISTRICT COURT |
| 21 | 05/09/2006 | 109 | 0255 – 0258 | NOTICE OF HEARING ON MOTION OF TRUSTEE CONCERNING CLAIM OF EOP-PENINSULA OFFICE PARK, LLC AND ABANDONMENT OF ASSETS |

| TAB NO. | DATE FILED | DOCKET NUMBER | PAGE NOS. | DOCUMENT |
|---|---|---|---|---|
| 22 | 05/23/2006 | 113 | 0259 – 0280 | SUPPLEMENTAL OBJECTION TO MOTION TO APPROVE COMPROMISE |
| 23 | 05/23/2006 | 114 | 0281 – 0290 | DEBTOR'S OPPOSITION TO MOTION OF TRUSTEE CONCERNING CLAIM OF EOP-PENINSULA OFFICE PARK, LLC AND ABANDONMENT OF ASSETS |
| 24 | 05/25/2006 | 115 | 0291 – 0313 | TRUSTEE'S REPLY MEMORANDUM IN SUPPORT OF MOTION CONCERNING CLAIM OF EOP-PENINSULA OFFICE PARK, LLC AND ABANDONMENT OF ASSETS |
| 25 | 05/26/2006 | 117 | 0314 – 0335 | EOP-PENINSULA OFFICE PARK, L.L.C.'S RESPONSE TO DEBTOR'S AND INSIDERS' OPPOSITIONS TO TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY AND ABANDONMENT OF ASSETS |
| 26 | 06/02/2006 | 118 | 0336 – 0337 | HEARING HELD (RE: RELATED DOCUMENT(S) 61 APPLICATION TO COMPROMISE CONTROVERSY WITH EOP PENINSULA OFFICE PARK LLC ESTIMATING CLAIM AND ABANDONING ASSETS FILED BY TRUSTEE CAROL WU (STROMSHEIM, REIDUN)) DENIED. (MEM. (ENTERED: 06/05/2006) |
| 27 | 02/08/2007 | 131 | 0338 – 0340 | MOTION FOR ORDER AUTHORIZING EOP-PENINSULA OFFICE PARK, L.L.C. TO FILE AND PROSECUTE AVOIDANCE ACTIONS AND RELATED CLAIMS ON BEHALF OF THE CHAPTER 7 BANKRUPTCY ESTATE AND RELATED RELIEF |

| TAB NO. | DATE FILED | DOCKET NUMBER | PAGE NOS. | DOCUMENT |
|---|---|---|---|---|
| 28 | 02/09/2007 | 139 | 0341 – 0342 | NOTICE OF NON-OPPOSITION OF CHAPTER 7 TRUSTEE TO MOTION FOR AUTHORIZATION FOR CREDITOR TO PROSECUTE AVOIDANCE ACTIONS ON BEHALF OF THE BANKRUPTCY ESTATE |
| 29 | 02/23/2007 | 140 | 0343 – 0352 | OBJECTION TO MOTION FOR ORDER AUTHORIZING EOP-PENINSULA OFFICE PARK, L.L.C. TO FILE AND PROSECUTE AVOIDANCE ACTIONS AND RELATED CLAIMS ON BEHALF OF THE CHAPTER 7 BANKRUPTCY ESTATE AND RELATED RELIEF |
| 30 | 02/23/2007 | 141 | 0353 – 0377 | DEBTOR'S OPPOSITION TO MOTION FOR ORDER AUTHORIZING EOP-PENINSULA OFFICE PARK, L.L.C. TO FILE AND PROSECUTE AVOIDANCE ACTIONS AND RELATED CLAIMS ON BEHALF OF THE CHAPTER 7 BANKRUPTCY ESTATE AND RELATED RELIEF |
| 31 | 03/01/2007 | 142 | 0378 – 0405 | COMPLAINT FOR: (1) AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS…; (2) AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS RESULTING IN INSOLVENCY …; (3) DAMAGES FOR RECEIVING UNLAWFUL DISTRIBUTIONS ..; (4) DAMAGES FOR APPROVING UNLAWFUL DISTRIBUTIONS TO SHAREHOLDERS …; (5) BREACH OF FIDUCIARY DUTY; AND (6) CONSTRUCTIVE FRAUD |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

827121.01/OC

# APPELLANT'S SUPPLEMENTAL DESIGNATION:

| TAB NO. | DATE FILED | DOCKET NUMBER | PAGE NOS. | DOCUMENT |
|---|---|---|---|---|
| 32 | 09/27/2005 | 14 | 0406 | SUMMARY OF SCHEDULES |
| 33 | 09/27/2005 | 15 | 0407 – 0425 | SCHEDULES A-J |
| 34 | 09/27/2005 | 16 | 0426 – 0439 | STATEMENT OF FINANCIAL AFFAIRS |

Dated: October 29, 2007

Respectfully submitted

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP

By: */s/ Michael S. Greger*
    MICHAEL S. GREGER
    Attorneys for Appellant
    EOP-Peninsula Office Park, L.L.C.

# MANUAL FILING NOTIFICATION

**Regarding:     Document Numbers 1-34 (Bates Numbers 0001 through 0439) As Identified in Appellant's Excerpts of Record on Appeal**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[ X ]    Voluminous Document (PDF file size larger than the efiling systems allows)

[__]    Unable to Scan Documents

[__]    Physical Object (description) : _____

[__]    Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[__]    Item Under Seal

[__]    Conformance with the Judicial Conference Privacy Policy (General Order 53).

[__]    Other (description) : _____

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

827121.01/OC

-8-

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On October 29, 2007, I served on interested parties in said action the within:

**APPELLANT'S APPENDIX OF EXCERPTS OF RECORD ON APPEAL**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached mailing list and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on October 29, 2007, at Irvine, California.

|  Kim Rodriguez  |  */s/ Kim Rodriguez*  |
| :---: | :---: |
| (Type or print name) | (Signature) |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

827121.01/OC

1  <u>In re Connectix Corporation</u>
   USBC Case No. 05-55648-MM7
2  <u>EOP-Peninsula Office Park, L.L.C. vs. Connectix Corp.</u>
   USDC Case No. C-07-03192 RMW
3
                            **MAILING LIST**
4

5  **Appellee/Debtor's Counsel**

   James A. Tiemstra, Esq.
6  Law Offices of James A. Tiemstra
   409 Thirteenth Street, 15th Floor
7  Oakland, CA  94612-2605

8
   **Appellee/Chapter 7 Trustee**
9  Carol Wu, Esq.
   25A Crescent Drive #413
10 Pleasant Hill, CA  94523

11
   **Chapter 7 Trustee's Counsel**
12 Reidun Stromsheim, Esq.
   Linda Sorensen, Esq.
13 Stromsheim and Associates
   201 California Street, Suite 350
14 San Francisco, CA  94111

15 **Insiders' Counsel**

16 Jess B. Millikan, Esq.
   Bullivant Houser Bailey PC
17 601 California Street, Suite 1800
   San Francisco, CA  94108

18
   Richard G. Birinyi, Esq.
19 Bullivant Houser Bailey PC
   1601 Fifth Avenue, Suite 2300
20 Seattle, WA  98101-1618

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

827121.01/OC