UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

,                                                                                    Case Number: CV07-03192 JW

                Plaintiff,                                   **CERTIFICATE OF SERVICE**

  v.

RE CONNECTIX CORPORATION et al,

                Defendant.
                                                      /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


A. Kenneth Hennesay
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street, Fifth Floor
Irvine, Ca 92614-7321


Dated: January 14, 2008

                                                      Richard W. Wieking, Clerk
                                                      By: Tiffany Salinas-Harwell, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

,  
                Plaintiff,

v.

RE CONNECTIX CORPORATION et al,

                Defendant.

Case Number: CV07-03192 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

A. Kenneth Hennesay  
Allen Matkins Leck Gamble & Mallory LLP  
1900 Main Street, Fifth Floor  
Irvine, Ca 92614-7321

Dated: January 14, 2008

                                                    Richard W. Wieking, Clerk  
                                                    By: Tiffany Salinas-Harwell, Deputy Clerk