REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:  (415) 989-4100
Fax:            (415) 989-2235

Attorneys for Trustee in
In re Connectix Corporation, Case No. 05-55648 MM,
CAROL W. WU

*IT IS SO ORDERED*
*[signature]*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>EOP - Peninsula Office Park, LLC,<br><br>    Appellant,<br><br>v.<br><br>Connectix Corp., et al.,<br><br>    Appellees. | Case No. C 07-03192 JW |

### STIPULATION FOR DISMISSAL OF APPEAL

Pursuant to Rule 8001(c)(2), F.R.Bankr.P., all of the parties hereto and all of the persons who have appeared herein do hereby stipulate to the voluntary dismissal of the within appeal pursuant to duly-approved compromise of controversy in the bankruptcy case of Connectix Corporation, Case No. 05-55648 MM, requesting therefore that the Clerk of the United States District Court enter an order dismissing the appeal.

AGREED TO BY:

Dated: February 11, 2008

                                            STROMSHEIM & ASSOCIATES

                                            By  *Linda Sorensen*
                                            LINDA SORENSEN, attorneys for
                                            CAROL W. WU, Trustee, Appellee

| | |
|---|---|
| Dated: February___, 2008 | LAW OFFICES OF JAMES A. TIEMSTRA<br><br>By_____*James A. Tiemstra*_____<br>JAMES A. TIEMSTRA<br>Attorneys for Debtor, Connectix Corporation |
| Dated: February ___, 2008 | BULLIVANT HOUSER BAILEY PC<br><br>By_____*C. Todd Norris*_____<br>C. TODD NORRIS<br>Attorneys for Insiders Roy K. McDonald, Jonathan F. Garber, Bonnie E. Fought, Alan Mendelson and Frank Levinson |
| Dated: February ___, 2008 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br><br>By_____*A. Kenneth Hennesay, Jr.*_____<br>Attorneys for Creditor EOP-Peninsula Office Park, L.L.C., Appellant |

**\*\*\* ORDER \*\*\***

The Clerk shall close this file.

Dated: February 27, 2008

_____
JAMES WARE
United States District Judge